**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TQP DEVELOPMENT, LLC** | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:12-cv-00186 |
| **MONSTER WORLDWIDE, INC.,** | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant Monster Worldwide, Inc., in this case, and the Court being of the opinion that said motion (Doc. No. 36) should be GRANTED, it is hereby,

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff TQP Development, LLC and defendant Monster Worldwide, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated November 26, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**It is SO ORDERED.**

**SIGNED this 11th day of December, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE